**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **A.E.B.,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Case No. 4:26-cv-733-CDL-CHW** |
| | : | **28 U.S.C. § 2241** |
| **Warden, STEWART DETENTION** | : | |
| **CENTER,** *et al.***,** | : | |
| | : | |
| **Respondents.** | : | |

**ORDER**

On April 30, 2026, the Court ordered Respondents to provide Petitioner with a bond hearing within seven days to determine if Petitioner may be released on Bond or to file a motion seeking relief from the order. (ECF No. 3). The Court also ordered that once a bond hearing was held, Petitioner should file a notice of dismissal. (*Id.*) Petitioner has now filed a Motion to Enforce the Habeas Corpus Order, claiming that the bond hearing he was provided failed to comply with the Court's order or due process. (ECF No. 4).

Other petitioners have made similar allegations regarding their bond hearings, and in order to expedite consideration of those motions, the Court consolidated them into one case. *See R.R.C. v. Streeval*, 4:25-cv-525-CDL-CHW. The consolidation order is attached. This case is appropriate for consolidation into *R.R.C.* Therefore, the Court orders that within **SEVEN (7) DAYS**, Petitioner either file a notice of consolidation into *R.R.C.* or show cause why this action should not be dismissed as moot in light of the fact that he was provided with a bond hearing as ordered.

**SO ORDERED**, this 4th day of June, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge